

NUMBER 13-18-00170-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JORGE RODRIGUEZ,                                                          Appellant,

v.

LIZZETTE RODRIGUEZ,                                                      Appellee.

### On appeal from the 389th District Court
### of Hidalgo County, Texas.

# ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

This cause is before the Court on appellant's unopposed third motion for extension of time to file the brief. Appellant's brief was originally due to be filed on September 14, 2018. This Court granted appellant's first motion for extension, giving appellant until October 29, 2018. Appellant subsequently filed a second motion for extension of time, and this Court granted the motion, giving appellant until November 14, 2018 to file his brief. Appellant filed a motion to supplement the clerk record, which this Court denied.

Appellee has now filed a third motion requesting additional time to file the appellate brief in this cause.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief and the extension previously granted in this cause, is of the opinion that, in the interest of justice, appellant's third motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellant's third motion for extension of time to file the brief is hereby granted, and the Honorable Alfredo Morales, Jr., counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before February 13, 2019. FURTHER MOTIONS FOR EXTENSION OF TIME WILL NOT BE FAVORABLY ENTERTAINED BY THE COURT.

It is so ORDERED.

PER CURIAM

Delivered and filed the
29th day of January, 2019.